IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHERON DENISE PAYNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:18-cv-2145-JPM-cgc |
| | ) |
| BILL HASLAM, ET AL., | ) |
| | ) |
| Defendants. | ) |

REPORT AND RECOMMENDATION

On March 2, 2018, Plaintiff Sheron Denise Payne, a resident of Memphis, Tennessee, filed a pro se civil complaint (D.E. # 1). However, Plaintiff neglected to pay the $400.00 civil filing fee or submit a properly completed application to proceed in forma pauperis.

In an order issued on March 20, 2018, the Court ordered the Plaintiff to file a properly completed application to proceed *in forma pauperis* or pay the appropriate civil filing fee within thirty (30) days of the entry of the order. (D.E. # 6) Plaintiff has not complied with that order and the time set for compliance has expired[1].

The March 20, 2018 Order provided, in pertinent part, that "[f]ailure to comply with this order in a timely manner will result in [recommendation that this action be dismissed] pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute." *Id.* See also, *Taman v. Chertoff, et al*, 07-cv-2247-SHM-dkv, Order of Dismissal (D.E. # 4) April 30, 2008.

---

[1] The docket indicates that the March 20, 2018 order and IFP form were mailed to Plaintiff and were returned undeliverable on March 26, 2018 and July 16, 2018. (D.E. # 7 and 9). It is Plaintiff's responsibility to provide the Clerk of Court with the accurate and updated address.

It is therefore RECOMMNDED that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

Signed this 17th day of October, 2018.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**